IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR116 |
| v. | |
| ALEXIS BERNAL LOPEZ, | ORDER |
| Defendant. | |

Before the Court is non-party Arlene Hernandez-Garcia's Request for Transcript (Filing No. 221) of the plea hearing held November 20, 2023, and the sentencing hearing held on March 14, 2024.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 221) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Arlene Hernandez-Garcia at 3928 U Street, Omaha, Nebraska 68107.
3. Court reporter Sue DeVetter is directed to advise Arlene Hernandez-Garcia of the cost to obtain the transcript. Arlene Hernandez-Garcia will be responsible for that transcript cost.

Dated this 17th day of July 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge