My name is Bernal-Lopez, Alexis reg # 08975-510, Case # 8:22 CR 116-005. I am trying to get my docket sheets, plea agreement, judgment 3 sentencing transcripts. I am currently locked up at FCI El Reno. I understand I have to make a payment before the copies can be sent. My wife is willing to write a money order. We just need to know when everything is ready. Please let me know you've received my letter regarding my request for the copies! If you have any questions regarding this matter call my wife Arlene Hernandez (402) 769-5779. Thank you for taking time to read my request!

RECEIVED
JUL 23 2025
CLERK
U.S. DISTRICT COURT

Alexis Bernal-Lopez
#08975-510
FCI El Reno
P.O. Box #1500
El Reno, OK 73036

OKLAHOMA CITY OK 730
17 JUL 2025 PM 4 L



RECEIVED
JUL 23 2025
CLERK
U.S. DISTRICT COURT

⇔28324-509⇔
Clerk Ofcourt
Suite#1153
111 S 18TH PLZ
Omaha, NE 68102
United States

68102-207799

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

Alexis Bernal-Lopez #08975-510
FCI – El Reno
P.O. Bix 1500
El Reno, Ok 73036

Dear Alexis Bernal-Lopez:

We received your letter regarding your request for copies in case 8:22cr116. In accordance with court auditing requirements, we must receive payment before the copies can be sent to you. If you are requesting free copies, you must file a motion with the court.

Here is the cost breakdown of your copy request:

- Docket Sheet is 10 pages @ $.50 per page = $5.00
- Plea Agreement (Filing #164) is 13 pages @ $.50 per page = $6.50
- Judgment (Filing #208) is 8 pages @ $.50 per page = $4.00
- Total: $15.50

A request for sentencing transcripts by Arlene Hernandez-Garcia was received on 7/17/25 and this request was granted. Court reporter Sue DeVetter has been directed to advise Arlene Hernandez-Garcia of the cost to obtain the transcript.

Please make your check or money order payable to Clerk, U.S. District Court. If you have any questions, please contact us at (866) 220-4381. Thank you.

Sincerely,

*[signature]*

Deputy Clerk

#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379